UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62616-CIV-COHN/SELTZER

DEIDANIA GUILIANA,

    Plaintiff,

v.

LAS AMERICAS BAKERY
OF HOLLYWOOD, INC., and
CARIDAD ZAPATA,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the Unopposed Motion to Approve Settlement and Dismiss with Prejudice [DE 16] ("Motion"). The Court has carefully reviewed the Motion, the Settlement Agreement [DE 16-1], and the record in this case, and is otherwise advised in the premises. The Court finds that the terms of the settlement are fair and reasonable and meet the standard set forth in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.     The Unopposed Motion to Approve Settlement and Dismiss with Prejudice [DE 16] is **GRANTED**;

2.     The parties' Settlement Agreement is **APPROVED**;

3.     The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

4.     Each party shall bear its own costs and attorneys' fees except as the parties have otherwise agreed;

5. The Court retains jurisdiction solely to enforce the terms of the Settlement Agreement between the parties; and

6. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF